IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:22-CT-3359-FL

| | | |
|---|---|---|
| CHRISTOPHER NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO SEAL OF** |
| | ) | **DEFENDANT** |
| CARLIN R. FRETT and DR. JAMES D. DR. ENGLEMAN, | ) | **JAMES D. ENGLEMAN, M.D.** |
| | ) | |
| Defendants. | ) | |

**NOW COMES** Defendant James D. Engleman, M.D. (hereinafter "Dr. Engleman), by and through undersigned counsel, pursuant to 26.1(a)(1) and 79.2 of the United States District Court for the Eastern District of North Carolina, and respectfully requests the Court issue an Order to seal the following documents identified as exhibits to Dr. Engleman's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment:

Exhibit 01:   Declaration of James D. Engleman

Exhibit 02:   Medical Records of Christopher Neal that are subject to a Protective Order [D.E. 46] and were produced by counsel for Dr. Engleman in response to Plaintiff's discovery to Dr. Engleman after entry of the Protective Order on September 3, 2024 (Engleman 0001 to Engleman 0345)

In support of this Motion, Dr. Engleman respectfully show unto the Court as follows:

1.   Local Civil Rule 26.1(a)(1) requires medical records to be filed under seal under certain circumstances.

2. Plaintiff brought this action under 42 U.S.C. §1983 alleging that Dr. Engleman was deliberately indifferent to his serious medical needs.

3. Plaintiff's medical treatment is directly at issue in this case.

4. Exhibits 01 and 02 contain Plaintiff's medical information and information not available to the public, which is offered as evidence in opposition to Plaintiff's Motion for Summary Judgment [D.E. 50]. The exhibits have been filed separately as Proposed Sealed Exhibits.

5. Dr. Engleman's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment contains information pertaining to Plaintiff's medical condition, diagnosis, and complaints and such information is protected health information. A redacted copy has been publicly filed, and a copy with the proposed sealed language highlighted has been filed as a proposed sealed document.

WHEREFORE, Dr. Engleman respectfully moves the Court to grant an Order to seal Exhibits 01 and 02 to Dr. Engleman's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and the un-redacted Memorandum of Law to the extent that the Court deems Rule 26.1(a)(1) applicable in this circumstance.

This, the 13th day of November, 2024.

          **BATTEN MCLAMB SMITH, PLLC**

By:   /s/ Jennifer D. Maldonado
       Jennifer D. Maldonado
       N.C. State Bar No.: 25708
       jmaldonado@battenpllc.com
       *Attorneys for Dr. Engleman*
       4141 Parklane Ave., Suite 350
       Raleigh, North Carolina 27612
       Telephone: (919) 528-1144
       Facsimile: (919) 780-5382

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:22-CT-3359-FL

| | |
|---|---|
| CHRISTOPHER NEAL, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| ) | |
| CARLIN R. FRETT, et al. ) | |

    The undersigned hereby certifies, pursuant to Rule 5 of the Federal Rules of Civil Procedure, that on this date I electronically filed the foregoing Motion to Seal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| MICHAEL BEST & FRIEDRICH, LLP<br>CARRIE E. MEIGS<br>4509 Creedmoor Road, Suite 501<br>Raleigh, NC 27612<br>cemeigs@michaelbest.com<br>*Attorneys for Carlin R. Frett, RN* | |

    I hereby certify that I have served the foregoing document on the following non-CM/ECF participants via U.S. Mail, postage pre-paid, and addressed as follows:

Christopher Neal
Prisoner ID No. 1616662
Eastern Correctional Institution
P.O. Box 215
Maury, NC 28554
*Pro Se Plaintiff*

    This, the 13th day of November, 2024.

                                          **BATTEN MCLAMB SMITH, PLLC**

                          By:    /s/ Jennifer D. Maldonado
                                      Jennifer D. Maldonado
                                      N.C. State Bar No.: 25708
                                      jmaldonado@battenpllc.com
                                      *Attorneys for Dr. Engleman*
                                      4141 Parklane Ave., Suite 350
                                      Raleigh, North Carolina 27612
                                      Telephone:  (919) 528-1144
                                      Facsimile:  (919) 780-5382

- 3 -