IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION

Civil Action No. 5:22-CT-3359-FL

| | |
|---|---|
| CHRISTOPHER NEAL,<br><br>          Plaintiff,<br><br>v.<br><br>CARLIN R. FRETT and DR. JAMES D. DR. ENGLEMAN,<br><br>          Defendants. | **[PROPOSED]<br>ORDER ALLOWING<br>MOTION TO SEAL OF<br>DEFENDANT<br>JAMES D. ENGLEMAN, M.D.** |

Based on the foregoing Motion of Defendant James D. Engleman, M.D. (hereinafter "Dr. Engleman) to Seal Exhibits 01 and 02 to Dr. Engleman's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment, pursuant to Rules 26.1(a)(1) and 79.2 of the United States District Court for the Eastern District of North Carolina and the un-redacted Memorandum of Law of Dr. Engleman in Opposition to Plaintiff's Motion for Summary Judgment, it is therefore ORDERED that Exhibits 01 and 02 to Dr. Engleman's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and the un-redacted Memorandum of Law of Dr. Engleman in Opposition to Plaintiff's Motion for Summary Judgment are hereby allowed to be filed under seal until such tie as it is ordered unsealed by the Court.

This the _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE